# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**DEBRA E. RAMSEY,**<br><br>              Debtor. | Case No. 2:18-bk-60975-BPH |
| **ROBERT G. DRUMMOND AS CHAPTER 13 TRUSTEE and DEBRA E. RAMSEY,**<br><br>              Plaintiffs,<br>v.<br><br>**REGINA PLETTENBERG, RAVALLI COUNTY CLERK AND RECORDER; LVNV FUNDING, ASSIGNEE OF HSBC ORCHARD BANK; and COLLECTION BUREAU SERVICES, A MONTANA CORPORATION,**<br><br>              Defendants. | Adv. No. 2:22-ap-02012-BPH |

## ORDER

In this adversary proceeding, the parties filed a Stipulation on February 7, 2023, at ECF No. 16 ("Stipulation"). The Court approved the terms and conditions of the Stipulation in its Order on February 8, 2023, at ECF No. 17. The Stipulation provided Defendants' consent to entry of Judgment for Plaintiffs. Accordingly,

IT IS ORDERED AND JUDGMENT IS HEREBY ENTERED that Regina Plettenberg, Ravalli County Clerk and Recorder, shall turnover the excess proceeds received in a trust indenture sale of property formerly owned by Debtor. Plettenberg shall turnover $6,056.23 to Collection Bureau Services and turnover the remaining $88,209.49 to the Ch. 13 Trustee.

Dated February 23, 2023.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

1